**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-01127-CMA-CBS

ROBERT SMITH,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, L.L.C., a Delaware limited liability company,

    Defendant.

_____

**ORDER DISMISSING CASE WITH PREJUDICE**
_____

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) (Doc. # 9), filed June 5, 2012, and being fully advised in the premises, DOES HEREBY

ORDER that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

DATED: June 5, 2012

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge